_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
February 17, 2017
_____

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Caliber Home Loans, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Armando Barrera-Ortiz<br>Claudia Barrera,<br><br>        Debtors. | ) Case No.: 16-11779-led<br>)<br>) Chapter 11<br>)<br>) **ORDER ON STIPULATION FOR CLAIM**<br>) **TREATMENT**<br>)<br>) Re: 1912 Emerald Green Avenue<br>)     Las Vegas, NV 89106<br>)<br>) |

///

*Rev. 12.09*                                                         M&H File No. NV-16-125184
                                                                                                   16-11779-led

1   The parties agreed to the terms set forth in the STIPULATION FOR CLAIM
2   TREATMENT filed on 2/16/2017 as document #66 and are bound by the terms of their
3   stipulation which shall be the Order of this Court.

**END OF ORDER**

IT IS SO ORDERED:

Submitted by:
McCarthy & Holthus, LLP

 /s/ Michael Chen, Esq.
Michael Chen, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(877) 369-6122